# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0032
Lower Tribunal No. 90-CF-001773-C

_____

ANTHONY STRONG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Nicholas Thompson, Judge.

January 27, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and KAMOUTSAS, JJ., concur.


Anthony Strong, Miami, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED